# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　　　) | |
| 　　　　Plaintiff(s)　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　) | |
| 　　　　　v.　　　　　　　　　　　　) | CIVIL ACTION NO. 3:08-cv-30182-MAP |
| 　　　　　　　　　　　　　　　　　　) | |
| 2004 FORD EXPLORER, BEARING　　　　) | |
| VEHICLE IDENTIFICATION NUMBER　　) | |
| IFMDU74K24ZA33086, ET AL.,　　　　) | |
| 　　　　Defendant(s)　　　　　　　　) | |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the plaintiff United States of America, against the defendant's 2004 Ford Explorer Bearing Vehicle Identification Number 1FMDU74K24ZA33086, et al., pursuant to the court's endorsed order entered this date, granting the plaintiff's motion to dismiss.

　　　　　　　　　　　　　　　　**SARAH A. THORNTON**,
　　　　　　　　　　　　　　　　CLERK OF COURT

Dated: September 9, 2010 　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)　　　　　　　　　　　　　　　　　　[jgm.]